NEAL R. ANDREWS, Suing on Behalf of Himself and All Other Stockholders and Holders of Voting Trust Certificates Similarly Situated, v. RALPH L. EVANS et al., Individually and as Directors and Officers of Sales Affiliates, Inc., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 918.]

EUGENE J. BUTTERLY v. THE WESTOVER, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 978.]

## (January 18, 1949.)

HERBERT MITCHELL, Appellant, v. ZARKIN MACHINE CO., INC., Defendant, and EMIL K. ELLIS, Respondent.— Motion for resettlement denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante,* pp. 779, 885.]

## (January 24, 1949.)

FEDERAL MOTORSHIP CORPORATION, Respondent, v. JOHNSON & HIGGINS, Respondent-Appellant. UNITED STATES OF MEXICO, Appellant.— Order unanimously affirmed, without costs. The issue as to whether the action can be decided without the presence of the United States of Mexico should await a trial. (*Lamont* v. *Travelers Ins. Co.,* 281 N. Y. 362.) Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [192 Misc. 401.] [See 275 App. Div. 660.]

FEDERAL MOTORSHIP CORPORATION, Respondent, v. JOHNSON & HIGGINS, Respondent-Appellant. UNITED STATES OF MEXICO, Appellant.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [192 Misc. 401.]

GABRIEL SOBEL, Respondent, et al., Plaintiffs, v. GLADYS R. BAKER, Individually and as Sole Surviving Administratrix of the Estate of JOSEPH BAKER, Deceased, Appellant, et al., Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

NELLIE CASAL, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [190 Misc. 605.]

EASTERN CONTROL CORP., Appellant, v. IDASADE, INC., et al., Respondents. EASTERN CONTROL CORP., Appellant, v. IDASADE, INC., et al., Respondents.— Judgments unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

MINNA BRAUNSTEIN, Appellant, v. JULIUS H. BRAUNSTEIN et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARVIN FLEET, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN J. STRAUSS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.